395 A.2d 1011

Commonwealth ex rel. Stevens v. Stevens, Appellant.

Submitted December 6, 1977.  M. Patricia Becket, for appellant;  Allan Tabas, for appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1012

Exner, Appellant, v. Exner.

Argued June 17, 1977.  Herbert G. Keene, Jr., with him Janet Duffy Carson, for appellant;  E. Atherholt, with him Donald R. Price, for appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.